UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FR. KENNETH HAMILTON,** **Plaintiff,** **VERSUS** **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, MOST REV. GREGORY M. AYMOND, ARCHBISHOP OF NEW ORLEANS, and SOCIETY OF THE DIVINE WORD, SOUTHERN PROVINCE OF ST. AUGUSTINE, Defendants** | **CIVIL ACTION** No. _____ Section: _____ JURY TRIAL |

## COMPLAINT

**NOW COMES**, through undersigned counsel, FR. KENNETH HAMILTON, who respectfully represents the following.

### I.     JURISDICTION

1.     Plaintiff brings this suit invoking diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff is a citizen of the State of California, County of Alameda, and defendants are citizens of Louisiana and Mississippi. The amount in controversy of this suit exceeds $75,000. Plaintiff brings this suit under the Louisiana torts of defamation and invasion of privacy.

### II.     PARTIES

2.     Plaintiff is Father Kenneth Hamilton, a citizen of California and Catholic Priest under the order of the Southern Province of the Society of Divine Word.

3.     Defendant THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, is a Louisiana non-profit religious corporation domiciled and with a principal place of business in Louisiana.

1

4. Defendant MOST REV. GREGORY M. AYMOND, ARCHBISHOP OF NEW ORLEANS, is the head of the Roman Catholic Church in New Orleans and a citizen of Louisiana.

5. Defendant SOCIETY OF THE DIVINE WORD, SOUTHERN PROVINCE OF ST. AUGUSTINE, is a non-profit corporation domiciled and with a principal place of business in Mississippi.

### III. STATEMENT OF FACTS

6. Plaintiff had from approximately 1983-1986 served as a Catholic Priest under the Order of the Society of the Divine Word, Southern Province of St. Augustine.

7. On or about June 11, 2015, an individual Jasmine Augustus filed a lawsuit against plaintiff and defendants in Civil District Court for the Parish of Orleans numbered 2015-5617, alleging he had been sexually abused by plaintiff from 1982 to 1989, while plaintiff was serving as a priest in the Archdiocese of New Orleans.

8. The allegations made by Jasmine Augustus in his lawsuit are false.

9. Attorneys for SOCIETY OF THE DIVINE WORD, SOUTHERN PROVINCE OF ST. AUGUSTINE settled the lawsuit brought by Mr. Augustus on behalf of plaintiff without his knowledge or consent on or about December 19, 2018. Plaintiff had repeatedly and consistently expressed to SOCIETY OF THE DIVINE WORD, SOUTHERN PROVINCE OF ST. AUGUSTINE, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, and their legal representatives that he was innocent of the allegations brought by Mr. Augustus and that he wanted to fight the allegations in court and take the matter to trial.

10. Instead, SOCIETY OF THE DIVINE WORD and SOUTHERN PROVINCE OF ST. AUGUSTINE, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS settled the matter.

11.     SOCIETY OF THE DIVINE WORD, SOUTHERN PROVINCE OF ST. AUGUSTINE, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, and MOST REV. GREGORY M. AYMOND, ARCHBISHOP OF NEW ORLEANS made unprivileged, false, and defamatory statements concerning plaintiff to members of the press and public after the settlement was reached, as well as released plaintiff's name to the press for publication in connection with the settlement.  Defendants' statements to the press and the public implied that plaintiff was culpable and that Mr. Augustus' allegations were credible.  They were not.

12.     As a result of defendants' actions, plaintiff has had his reputation forever damaged, and media and other outlets have labeled him a child molester despite any such allegations ever having been proven in a trial or otherwise.  Defendants denied plaintiff his right to defend himself in court and subsequently released his name in connection with a high-profile sexual abuse case.

### IV. STATEMENT OF CLAIM AND REQUEST FOR RELIEF

13.     Defendants' have caused irreparable harm to plaintiff's reputation by settling the sex abuse case without his knowledge or consent, releasing his name to the press and painting him in a false light, and publishing unprivileged false and defamatory statements about plaintiff to the press and others.

14.     Plaintiff requests damages and costs in an amount reasonable, and all other available relief from this court.

### V.  TRIAL BY JURY

 1.  Plaintiff requests a trial by jury as to all issues so triable.

        **Respectfully submitted:**

        ***/s/Robert C. Jenkins***
        **ROBERT C. JENKINS (19256)**
        **631 St. Charles Ave.**
        **New Orleans, Louisiana 70130**
        **PH: (504)586-1616**
        **FAX: (504)559-0037**
        **E-mail: rj1430@aol.com**