IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**FR. KENNETH HAMILTON**  **CIVIL ACTION NO:  2:19-CV-14665**
**Plaintiff**
**VERSUS**
**THE ROMAN CATHOLIC CHURCH**  **SECTION:**
**OF THE ARCHDIOCESE OF NEW ORLEANS,**
**MOST REVEREND GREGORY M. AYMOND,**
**ARCHBISHOP OF NEW ORLEANS**
**and the SOCIETY OF THE DIVINE WORD,**
**SOUTHERN PROVINCE OF ST. AUGUSTINE**
**Defendants**

**MOTION FOR EXTENSION OF TIME**
(Fed. R. Civ. P.6(b) and 15(a)(3))

NOW COMES, the Defendant, the Society of the Divine Word, Southern Province of St. Augustine, ( Society of the Divine Word) through the undersigned counsel, pursuant to Rules 6(b) and 1515(a)(3) of the Rules of Civil Procedure, and move this court for an order to extend time to file an answer or other wise plead in the above-titled action. In support of this motion, the Society of the Divine Word assert the following:

1. Plaintiff filed his complaint on December 17, 2019.

2. The Society of the Divine Word was not served with the original Summons and complaint until January 17, 2020.

3. The time for answering has not yet expired. And Counsel for the Society of the Divine Word informed plaintiff's counsel that the Society of the Divine Word would waive service to avoid any further delay in the resolution of this matter.

4. This motion is not being made for the purpose of delay as coverage has not yet been determined nor has insurance counsel been identified.

5. Additional time is required to determine coverage and the assignment of counsel.

1

6. Counsel for the Plaintiff does not oppose this motion.

THEREFORE, the Society of the Divine Word respectfully request the Court for an order extending the time to file and answer or otherwise plead up to and including February 28, 2020.

This the 29th day of January 2020.

                                              SOCIETY OF THE DIVINE WORD
                                              SOUTHERN PROVINCE OF ST
                                              AUGUSTINE.

                                              (s)Terrel J. Broussard
                                              Terrel J. Broussard
                                              Attorney for the for the Society of the Divine
                                              Word Southern Province of St. Augustine.
                                              Broussard Dispute Solutions, LLC
                                              Bar No: 03531
                                              201 St. Charles Ave. Suite 2500
                                              New Orleans, La. 70170
                                              Phone: (504) 599-5638
                                              Email: tbroussard@bdsmediation.net

**CERTIFICATE OF SERVICE**

I certify that on January 29, 2020 I electronically filed the foregoing MOTION FOR EXTENSION OF TIME and Proposed ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This 29th day of January 2020.

                                              (s)Terrel J. Broussard
                                              Terrel J. Broussard
                                              Attorney for the for the Society of the Divine
                                              Word Southern Province of St. Augustine.
                                              Broussard Dispute Solutions, LLC
                                              Bar No: 03531
                                              201 St. Charles Ave. Suite 2500
                                              New Orleans, La. 70170
                                              Phone: (504) 599-5638
                                              Email: tbroussard@bdsmediation.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FR. KENNETH HAMILTON**<br>**Plaintiff** | **CIVIL ACTION NO:  2:19-CV-14665** |
| **VERSUS**<br>**THE ROMAN CATHOLIC CHURCH**<br>**OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>**MOST REVEREND GREGORY M. AYMOND,**<br>**ARCHBISHOP OF NEW ORLEANS**<br> **and the SOCIETY OF THE DIVINE WORD,**<br>**SOUTHERN PROVINCE OF ST. AUGUSTINE**<br>**Defendants** | **SECTION:** |

**ORDER GRANTING EXTENSION OF TIME TO PLEAD**

**IT IS ORDERED**, The Defendant Society of the Divine Word, Southern Province of St. Augustine, is granted thirty (30) days extension to file responsive pleadings, up to and including February 28, 2020.

DATE: _____                           _____
                                                                                                JUDGE